# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

### DUKE, EX'R, v. BAUGH ET AL.

RECORD INSUFFICIENT: JUDGMENT AFFIRMED.

*Appeal from Mahaska Circuit Court.*

TUESDAY, OCTOBER 16.

PER CURIAM.—As there is neither an assignment of errors nor an argument for appellant in this case, the judgment of the circuit court must be

AFFIRMED.

---

### BOWER v. KAVANAUGH ET AL.

QUESTIONS CERTIFIED NOT INTELLIGIBLE: APPEAL DISMISSED.

*Appeal from Polk Circuit Court.*

THURSDAY, DECEMBER 6.

THIS action involves less than $100. It was tried before a justice of the peace, and taken by a writ of error to the circuit court, where the judgment of the justice was reversed and the plaintiff's petition dismissed, and judgment rendered against him for costs. Plaintiff appeals.

*Likes & Hoff*, for appellant.

*Barcroft, Bowen & Sickmon*, for appellee.

ROTHROCK, J.—The questions certified to this court by the trial court are utterly unintelligible in and of themselves. They can be understood only by an examination of the whole record. The appeal must, therefore, be dismissed for failure to comply with the rule of this court applicable to such cases. See *Votaw v. Corwin, ante,* 39.

APPEAL DISMISSED.